# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> COALITION OF FREIGHT COUPLER PRODUCERS, <br><br> Defendant-Intervenor. | **Court No. 23-00268** |

## PLAINTIFFS' CONSENT MOTION FOR EXPANSION OF WORD LIMIT

Pursuant to Rule 7 of the Rules of the U.S. Court of International Trade, Plaintiffs Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V. ("Plaintiffs") respectfully move for an expansion of the word limit for Plaintiffs' Rule 56.2 brief, currently due this Friday, September 6, 2024. The current word limit for Plaintiffs' Rule 56.2 brief is 14,000 words, pursuant to Standard Chambers Procedures § 2(B)(1)(a). Plaintiffs request that the word limit be expanded to 15,500 words. All parties to this litigation have been consulted and consent to this expansion of the word limit. In this consultation, Defendant and Defendant-Intervenors indicated they consent as long as the word count for their respective Response Briefs be expanded to 15,500 words as well, to which Plaintiffs consent.

Good cause exists to expand the word limit in this case. While Plaintiffs have initially attempted to draft this brief within the 14,000-word limit, it is now apparent that because of the complexity of the issues raised, as well as the extensive factual record, Plaintiffs' arguments

cannot be adequately addressed in 14,000 words. Plaintiffs ask only that the word limit be expanded by 1,500 words. Plaintiffs note that in a separate action before this Court, *Wabtec Corporation v. United States*, Ct. No. 23-00157, which covers virtually the same underlying administrative record and several of the same causes of action, this Court granted a request to expand the word limits for plaintiffs' opening brief by 5,000 words, to a total of 19,000 words.

Consent to this Motion was provided on September 4, 2024 by Michael Haldenstein, Esq., counsel for Defendant, and by Daniel B. Pickard, Esq., counsel for Defendant-Intervenors.

For the reasons discussed above, we respectfully request that this Court grant Plaintiffs' motion to expand the word limit to 15,500 words for Plaintiffs' Rule 56.2 Brief, and that the word limit for Defendant's and Defendant-Intervenor's Response Briefs be expanded to 15,500 words as well.

Respectfully submitted,

/s/ Richard P. Ferrin
Douglas J. Heffner
Brian Perryman
Richard P. Ferrin
Carolyn Bethea Connolly
FAEGRE DRINKER BIDDLE & REATH LLP

*Counsel for Plaintiffs*

Dated: September 5, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> COALITION OF FREIGHT COUPLER PRODUCERS, <br><br> Defendant-Intervenor. | **Court No. 23-00268** |

## ORDER

Upon consideration of the Consent Motion for Expansion of the Word Limit for Plaintiffs' Rule 56.2 Brief filed by Plaintiffs Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Motion for an Expansion of the Word Limit for Plaintiffs' Rule 56.2 Brief is **GRANTED**; and further

**ORDERED** that the word limit for Plaintiffs' Rule 56.2 Brief shall not exceed 15,500 words; and it is further

**ORDERED** that the word limit for Defendant's and Defendant-Intervenor's Response Briefs each shall not exceed 15,500 words.

**SO ORDERED**.

Dated: _____          _____
     New York, New York                                    Gary S. Katzmann, Judge

DMS_US.366120912.1