# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| AMSTED RAIL COMPANY, INC. and ASF-K DE MEXICO S. DE R.L. DE C.V.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>COALITION OF FREIGHT COUPLER PRODUCERS,<br><br>    Defendant-Intervenor. | **Court No. 23-00268** |

### ORDER

Upon consideration of the Consent Motion for Stay filed by Plaintiffs Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Motion is granted; and further

**ORDERED** that proceedings in this matter are **STAYED** until 30 days after the final disposition on the merits in Court No. 23-157, including any appeals thereto, by which date the parties to this action shall file a joint status report stating their respective positions as to whether the stay should be continued or, if further stay is not warranted, their respective positions on how to proceed with this action.

**SO ORDERED**.

Dated: March 3, 2025
New York, New York

/s/ Gary S. Katzmann
Gary S. Katzmann, Judge